IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| WILLIE C. MOORE, | | **DISMISSAL ORDER &** |
| | | **MEMORANDUM DECISION** |
| Plaintiff, | | |
| | | Case No. 2:13-CV-681 TC |
| v. | | |
| | | |
| DANIEL NIBUHER, | | |
| | | |
| Defendants. | | |

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2]  However, Plaintiff has not complied with the Court's August 5, 2013 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice.  This case is CLOSED.

DATED this 7th day of October, 2013.

BY THE COURT:

_____
JUDGE TENA CAMPBELL
United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2013).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).